

# Fourth Court of Appeals

## San Antonio, Texas

December 4, 2015

No. 04-15-00110-CV

**IN RE THE ESTATE OF WILLIAM H. MCNUTT, DECEASED**,

From the County Court, Kimble County, Texas
Trial Court No. 2284
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

The appellant's motion for leave to file post submission letter brief is hereby GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court